**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ERIC MUMAW, | : | No. 87 MM 2022 |
| Petitioner | : | |
| v. | : | |
| SCHUYLKILL COUNTY COURT OF COMMON PLEAS, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for Leave to File Response are DENIED.